AO 442 (Rev. 11/11) Arrest Warrant

11244307

# UNITED STATES DISTRICT COURT
для
District of Columbia

United States of America
v.
Federico Guillermo Klein (AKA: Freddie Klein)

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00269
Assigned To : Harvey, G. Michael
Assign. Date : 3/2/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Federico Guillermo Klein,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds,
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 111(b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon .

Date: ___03/02/2021___

Digitally signed by G. Michael Harvey
Date: 2021.03.02 11:09:25 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.          G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/03/21 , and the person was arrested on *(date)* 3/4/2021
at *(city and state)* WDC .

Date: 3/5/2021

*Arresting officer's signature*

COREY WILLIAMS   DEO
*Printed name and title*