# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) )  ) Criminal No. 1:21-MJ-00269-GMH-1 |
| v. | ) ) |
| **FEDERICO GUILLERMO KLEIN**, | ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, enters his appearance as counsel for Defendant Federico Guillermo Klein.

Dated: March 7, 2021

Respectfully submitted,

　　　　*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Federico Guillermo Klein*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| v. | ) Criminal No. 1:21-MJ-00269-GMH-1 |
| | ) |
| **FEDERICO GUILLERMO KLEIN**, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

On March 7, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties:

>  Kimberley Charlene Nielsen
>  U.S. Attorney's Office
>  555 4th Street, Northwest
>  Room 9913
>  Washington, District of Columbia  20532

>  */s/ Stanley E. Woodward, Jr.*
>  Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
>  BRAND WOODWARD, ATTORNEYS AT LAW
>  1808 Park Road NW
>  Washington, DC  20010
>  202-996-7447 (telephone)
>  202-996-0113 (facsimile)
>  Stanley@BrandWoodwardLaw.com

>  *Counsel for Defendant Federico Guillermo Klein*