# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States** | ) |
| | ) |
| v. | ) Criminal No. 1:21-MJ-00269-GMH |
| | ) Magistrate Judge G. Michael Harvey |
| **Federico Guillermo Klein,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kristin L. McGough as counsel for Defendant Federico Guillermo Klein.

Respectfully Submitted,

_____/s/_____
Kristin L. McGough, DC Bar No. 991209
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
(202) 681-6410 (t)
(866) 904-4117 (f)
kristin@kmcgoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2021, I caused a copy of the foregoing to be delivered via this Court's electronic filing system to assigned Assistant United States Attorney Kimberley Nielson.

_____/s/_____
Kristin L. McGough